**FILED**

02/19/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0715

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0715

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.

TREVOR ROBERTS,

     Defendant and Appellant,

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda R. Gilbert, District Judge.

For the Court,

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 19 2025